UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL PROJECTS LLC, a Virginia limited liability company, CHRISTIAN REINERTSON, an individual, and JOHN DOE,<br><br>Defendants. | Case No.: 22cv1201-JO-MSB<br><br>**ORDER DISMISSING ACTION** |

On May 18, 2023, Plaintiff Thane Charman filed a notice of voluntary dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 21. Accordingly, the case is DIMISSED WITHOUT PREJUDICE. Each party is to bear its own attorney's fees and costs. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED**.

Dated: June 5, 2023

Hon. Jinsook Ohta
United States District Judge